**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jonathon Craig SINGLETON,**
**Defendant–Appellant.**

**No. 08–6005.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 30, 2008.

Decided: Oct. 20, 2008.

Jonathon Craig Singleton, Appellant Pro Se. Jennifer R. Bockhorst, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathon Craig Singleton appeals the district court's order denying his motion to amend his fine payment schedule pursuant to 18 U.S.C. § 3572(d)(3) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Singleton,* No. 1:05–cr–00030–jpj–pms–2 (W.D.Va. Oct. 19, 2007). We dispense with oral argument because the facts and legal contentions are ade-

quately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*